ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 5 2013

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| RAMON MENDOZA-GERONIMO, | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL NO. B-11-240 |
| | § | (CRIMINAL NO. B-10-1056) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| *Respondent*. | § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a *de novo* review of the file, the Magistrate Judge's Report and Recommendation is ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that the Government's Motion to Dismiss is GRANTED and Petitioner's case is DISMISSED.

DONE at Brownsville, Texas this ___25___ day of ___July___ 2013.

Hilda Tagle
Senior United States District Judge